# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## GALVESTON DIVISION

In re:                                          Case No. 17-80261-G1-13

    JOSEPH LYNN CUNNINGHAM

        Debtor(s)

---

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

    William E. Heitkamp, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 09/01/2017.

2) The plan was confirmed on 12/13/2017.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 08/01/2018.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 04/13/2018, 10/13/2018.

5) The case was dismissed on 12/07/2018.

6) Number of months from filing or conversion to last payment: 11.

7) Number of months case was pending: 19.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $70,285.11.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

## Receipts:

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $31,825.10 | |
| Less amount refunded to debtor | $0.00 | |
| **NET RECEIPTS:** | | **$31,825.10** |

## Expenses of Administration:

| | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $901.80 | |
| Court Costs | $0.00 | |
| Trustee Expenses & Compensation | $1,712.25 | |
| Other | $0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | **$2,614.05** |

Attorney fees paid and disclosed by debtor: $269.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AMERICAN EXPRESS BANK FSB | Unsecured | 4,000.00 | 4,000.00 | 4,000.00 | 0.00 | 0.00 |
| AMERICAN HONDA FINANCE | Secured | 3,012.51 | 3,500.00 | 3,500.00 | 867.40 | 99.59 |
| AMERICAN HONDA FINANCE | Unsecured | NA | 5,896.18 | 5,896.18 | 0.00 | 0.00 |
| ARS NATIONAL SERVICES INC. | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| BROOKE ARMY MED CENTER | Unsecured | 38,513.92 | NA | NA | 0.00 | 0.00 |
| Buckley Madole, P.C. | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Citibank NA | Unsecured | NA | 1,848.80 | 1,848.80 | 0.00 | 0.00 |
| CLEAR LAKE PATHOLOGY PARTNER | Unsecured | 234.85 | NA | NA | 0.00 | 0.00 |
| CLEAR LAKE REGIONAL | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CLEAR LAKE REGIONAL MEDICAL C | Unsecured | 3,549.26 | 3,549.26 | 3,549.26 | 0.00 | 0.00 |
| Client Services, INC. | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| COLLECTIONS INCORPORATED | Unsecured | 3,901.92 | NA | NA | 0.00 | 0.00 |
| EMERGENCY PHYSICIAN BILLING | Unsecured | 503.50 | NA | NA | 0.00 | 0.00 |
| EMS OF NUECES CANYON | Unsecured | 1,112.50 | NA | NA | 0.00 | 0.00 |
| FORD MOTOR CREDIT COMPANY,LL | Secured | 22,622.29 | 24,831.19 | 24,831.19 | 3,675.21 | 937.52 |
| FORD MOTOR CREDIT COMPANY,LL | Secured | 44,646.21 | 49,367.23 | 49,367.23 | 6,879.83 | 1,471.62 |
| GARDENTOWN EMERGENCY PHYSIC | Unsecured | 2,131.00 | NA | NA | 0.00 | 0.00 |
| GC SERVICES LIMITED PARTNERSHI | Unsecured | 3,348.80 | NA | NA | 0.00 | 0.00 |
| HEART PHYSICIANS OF CLEAR LAKE | Unsecured | 572.00 | NA | NA | 0.00 | 0.00 |
| Houston Methodist | Unsecured | 3,891.50 | NA | NA | 0.00 | 0.00 |
| HOUSTON RADIOLOGY ASSOCIATEL | Unsecured | 262.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE*** | Priority | 18,270.85 | 18,270.85 | 18,270.85 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE*** | Unsecured | NA | 4,486.38 | 4,486.38 | 0.00 | 0.00 |
| M. SUSAN RICE, PC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Midland Funding | Unsecured | 2,828.00 | NA | NA | 0.00 | 0.00 |
| Midland Funding | Unsecured | 1,833.00 | NA | NA | 0.00 | 0.00 |
| NATIONWIDE CREDIT, INC. | Unsecured | 12,994.26 | NA | NA | 0.00 | 0.00 |
| SCHUMACHER CLINICAL PARTNERS | Unsecured | 2,007.00 | NA | NA | 0.00 | 0.00 |
| STAT BILLING SERVICES | Unsecured | 2,124.00 | NA | NA | 0.00 | 0.00 |
| SYNERGY RADIOLOGY ASSOCIATES | Unsecured | 562.00 | NA | NA | 0.00 | 0.00 |
| THE LAW OFFICES OF M. SUSAN RIC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| UTMB HEALTH - DEPT. 4488 | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| UVALDE EMERGENCY MEDICAL SEI | Unsecured | NA | 2,124.00 | 2,124.00 | 0.00 | 0.00 |
| WELLS FARGO BANK NA | Secured | 0.00 | 0.00 | 0.00 | 15,279.88 | 0.00 |
| WELLS FARGO BANK NA | Secured | 18,016.84 | 18,016.84 | 18,016.84 | 0.00 | 0.00 |
| WELLS FARGO BANK NA | Secured | 4,506.84 | 4,506.84 | 4,506.84 | 0.00 | 0.00 |
| WELLS FARGO BANK, N.A. | Unsecured | NA | 6,924.60 | 6,924.60 | 0.00 | 0.00 |
| WESTOVER PARK COMMUNITY ASS( | Secured | 4,333.89 | 4,229.66 | 4,229.66 | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $15,279.88 | $0.00 |
| Mortgage Arrearage | $22,523.68 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $77,698.42 | $11,422.44 | $2,508.73 |
| All Other Secured | $4,229.66 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$104,451.76** | **$26,702.32** | **$2,508.73** |
| | | | |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $18,270.85 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$18,270.85** | **$0.00** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS**: | **$28,829.22** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $2,614.05 |
| Disbursements to Creditors | $29,211.05 |
| **TOTAL DISBURSEMENTS** : | **$31,825.10** |

UST Form 101-13-FR-S (09/01/2009)

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 03/18/2019                    By: /s/ William E. Heitkamp
                                            Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**